# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael H. Leed <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-12285 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, index same on the master mailing list.

Re: Loan # Ending In: 8920

                                      Respectfully submitted,

                                      **<u>/s/Joshua I. Goldman, Esquire</u>**
                                      Joshua I. Goldman, Esquire
                                      Thomas Puleo, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406