IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| MICHAEL H. LEED | : | CASE NO. 16-12285-ref |
| Debtor | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

M&T Bank has filed with the Court a Motion For Relief From Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 16, 2016, you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    Clerk of the Court
    United States Bankruptcy Court
    Eastern District of Pennsylvania
    The Madison Building
    400 Washington Street
    Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Douglas J. Smillie
    Fitzpatrick Lentz & Bubba, P.C.
    4001 Schoolhouse Lane
    P. O. Box 219
    Center Valley, PA 18034-0219
    Phone (610) 797-9000
    Fax (610) 797-6663

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge on **August 25, 2016 at 9:30 a.m.** in Courtroom No. 1, in the United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601.  Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated:   August 1, 2016

                                      DOUGLAS J. SMILLIE

                                      FITZPATRICK LENTZ & BUBBA, P.C.
                                      4001 Schoolhouse Lane
                                      P. O. Box 219
                                      Center Valley, PA 18034-0219
                                      Telephone (610) 797-9000
                                      Telefax (610) 797-6663


                        By:  */s/ Douglas J. Smillie*
                                      Attorney for Movant