IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| MICHAEL H. LEED | : | CASE NO. 16-12285-ref |
| Debtor | : | |

**ORDER**

AND NOW, upon consideration of the Motion of M&T Bank, it is hereby

ORDERED that M&T Bank shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law with respect to the 2014 Ford Escape described in the Motion.

BY THE COURT:

**Date: August 29, 2016**

_____
Richard E. Fehling, B.J.

Distribution list:

Michael H. Leed
6439 Eaton Circle
East Petersburg, PA 17520
Debtor

Thomas W. Fleckenstein
1338 Malleable Road
Columbia, PA 17512
Attorney for Debtor

Frederick L. Reigle
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
P. O. Box 219
Center Valley, PA  18034-0219
Attorney for Movant