United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-12285-ref
Michael H. Leed                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                  Page 1 of 1              Date Rcvd: Aug 29, 2016
                              Form ID: pdf900             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2016.
db             +Michael H. Leed,   6439 Eaton Circle,   East Petersburg, PA 17520-1234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Aug 30 2016 02:02:10      M&T Bank,   PO Box 767,
                 Buffalo, NY  14240-0767
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2016 02:10:22      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2016 at the address(es) listed below:
              DOUGLAS J. SMILLIE    on behalf of Creditor   M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Nationstar Mortgage, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              THOMAS W. FLECKENSTEIN    on behalf of Debtor Michael H. Leed tom@fleckensteinpalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| MICHAEL H. LEED | : | CASE NO. 16-12285-ref |
| Debtor | : | |

**ORDER**

AND NOW, upon consideration of the Motion of M&T Bank, it is hereby

ORDERED that M&T Bank shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law with respect to the 2014 Ford Escape described in the Motion.

BY THE COURT:

**Date: August 29, 2016**

_____
Richard E. Fehling, B.J.

Distribution list:

Michael H. Leed
6439 Eaton Circle
East Petersburg, PA 17520
Debtor

Thomas W. Fleckenstein
1338 Malleable Road
Columbia, PA 17512
Attorney for Debtor

Frederick L. Reigle
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
P. O. Box 219
Center Valley, PA  18034-0219
Attorney for Movant