IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Michael H. Leed | : | NO. 16-12285 |
| | : | |
| (DEBTORS) | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW on this 12 day of October, 2016, upon consideration of the within the Application for Approval of Counsel Fees and it appearing to the Court that a fee of $3,500.00 is reasonable in this matter, it is:

ORDERED and DECREED that a Counsel Fee in the amount of $3,500.00 is APPROVED, with a balance due counsel in the mount of $2,810.00. ~~shall be disbursed for the Debtor(s) to the~~ Debtor's attorney ~~by the Standing Chapter 13 Trustee in accordance with the Debtor's Chapter 13 Plan.~~

BY THE COURT:

_R. Fehling_ (signature)

Richard E. Fehling BANKRUPTCY JUDGE