United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12285-ref
Michael H. Leed                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 1              Date Rcvd: Oct 12, 2016
                             Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db             +Michael H. Leed,   6439 Eaton Circle,   East Petersburg, PA 17520-1234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Oct 13 2016 02:07:13      M&T Bank,   PO Box 767,
                 Buffalo, NY  14240-0767
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 02:10:17      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2016 at the address(es) listed below:
              DOUGLAS J. SMILLIE    on behalf of Creditor   M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              THOMAS W. FLECKENSTEIN    on behalf of Debtor Michael H. Leed tom@fleckensteinpalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :       CHAPTER 13
    Michael H. Leed             :       NO. 16-12285
                                      :
    (DEBTORS)                   :

## ORDER APPROVING COUNSEL FEE

AND NOW on this 12 day of October, 2016, upon consideration of the within the Application for Approval of Counsel Fees and it appearing to the Court that a fee of $3,500.00 is reasonable in this matter, it is:

ORDERED and DECREED that a Counsel Fee in the amount of $3,500.00 is APPROVED, with a balance due counsel in the mount of $2,810.00. ~~shall be disbursed for the Debtor(s) to the Debtor's attorney by the Standing Chapter 13 Trustee in accordance with the Debtor's Chapter 13 Plan~~

BY THE COURT:

_____
Richard E. Fehling BANKRUPTCY JUDGE