United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael H. Leed  
     Debtor

Case No. 16-12285-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jan 17, 2017  
                 Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.  
db         +Michael H. Leed,   6439 Eaton Circle,   East Petersburg, PA 17520-1234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/Text: camanagement@mtb.com Jan 18 2017 01:56:44      M&T Bank,   PO Box 767,   Buffalo, NY  14240-0767  
cr          E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2017 01:59:28     Synchrony Bank,   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605  
                                                                                                        TOTAL: 2

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:  
         DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com  
         THOMAS W. FLECKENSTEIN    on behalf of Debtor Michael H. Leed tom@fleckensteinpalaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Michael H. Leed : NO. 16-12285
:
(DEBTORS) :

### ORDER

UPON CONSIDERATION OF the Debtor's Motion to Modify a Chapter 13 Plan and after notice to creditors and other parties in interest, no objections were filed thereto, it is hereby:

ORDERED that the Motion be, and hereby is granted.

**Date: January 17, 2017**

BY THE COURT

Richard E. Fehling
BANKRUPTCY JUDGE