UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|    Michael H. Leed | : |
|        Debtors | : |
| | :   Case No.: 16-12285 REF |
| Nationstar Mortgage LLC | :   Chapter 13 |
|        Movant | : |
| v. | : |
| Michael H. Leed | : |
| | :   Motion for Relief from Stay |
|        Debtors | : |

## ANSWER TO A MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW** comes the Debtor, by his Attorney **Thomas W. Fleckenstein** and files the within Answer to the Motion for Relief from the Automatic Stay:

1.-5.      ADMITTED.

6-10.      DENIED. Strict proof of this allegation is demanded at time of trial.

**WHEREFORE,** the Debtor herein, respectfully prays that this Honorable Court deny the Motion for Relief from the Automatic Stay.

*RESPECTFULLY SUBMITTED:*

**DATE:** March 15, 2017

/s/ Thomas W. Fleckenstein
Thomas W. Fleckenstein, ESQUIRE
Attorney I.D. No. 307390
1338 Malleable Road
Columbia, PA 17512
(717) 333-4053