## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : CHAPTER 13
   Michael H. Leed            : NO. 16-12285
                              :
   (DEBTORS)                  :

### CERTIFICATE OF SERVICE

Thomas W. Fleckenstein, the attorney for the Debtor, hereby certifies that on the 15th day of March, 2017, he served a copy of the foregoing ANSWER TO MOTION FOR RELIEF on the movant, Nationstar Mortgage, by first class mail, postage paid.

_____
Thomas W. Fleckenstein
Attorney for Debtor