# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael H. Leed <br>                           Debtor | Chapter 13 |
| Nationstar Mortgage LLC <br>                           Movant <br>          v. <br> Michael H. Leed <br>                           Debtor <br> Frederick L. Reigle <br>                           Trustee | NO. 16-12285 REF |

## **ORDER**

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 2, 2017, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to Movant, with regard to the real property at 6439 Eaton Circle, East Petersburg, PA 17520, to allow Nationstar Mortgage LLC, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage on the aforesaid property and to pursue its *in rem* State Court remedies, which actions may include continuation or commencement of mortgage foreclosure proceedings against the property, and the execution of judgment and Sheriff's Sale of the property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: October 16, 2017**

                                                                         United States Bankruptcy Judge

cc: See attached service list