United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12285-ref
Michael H. Leed                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                Page 1 of 1            Date Rcvd: Oct 16, 2017
                              Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db             +Michael H. Leed,   6439 Eaton Circle,    East Petersburg, PA 17520-1234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Oct 17 2017 01:18:50     M&T Bank,   PO Box 767,
                 Buffalo, NY  14240-0767
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2017 01:14:38     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              THOMAS W. FLECKENSTEIN    on behalf of Debtor Michael H. Leed tom@fleckensteinpalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael H. Leed <br>            Debtor <br><br> Nationstar Mortgage LLC <br>            Movant <br>     v. <br> Michael H. Leed <br>            Debtor <br><br> Frederick L. Reigle <br>            Trustee | Chapter 13 <br><br> NO. 16-12285 REF |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 2, 2017, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to Movant, with regard to the real property at 6439 Eaton Circle, East Petersburg, PA 17520, to allow Nationstar Mortgage LLC, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage on the aforesaid property and to pursue its *in rem* State Court remedies, which actions may include continuation or commencement of mortgage foreclosure proceedings against the property, and the execution of judgment and Sheriff's Sale of the property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: October 16, 2017**

_____
United States Bankruptcy Judge

cc: See attached service list