UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

MICHAEL H. LEED
                                                   : Bankruptcy No. 16-12285REF
      Debtor(s)                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 30, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M., Ciotti
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

THOMAS WILLIAM FLECKENSTEIN ESQ
1338 MALLEABLE ROAD
COLUMBIA PA 17512-

MICHAEL H. LEED
6439 EATON CIRCLE
EAST PETERSBURG,PA.17520