United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-12285-ref
Michael H. Leed                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2             Date Rcvd: Dec 01, 2017
                             Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db           +Michael H. Leed,   6439 Eaton Circle,   East Petersburg, PA 17520-1234
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13702736     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America Mortgage,   4161 Piedmont PKWY,
               Greensboro, NC 27410)
13708168     +Bank of America, N.A.,   Milstead & Associates LLC,   1 East Stow Road,
               Marlton, NJ 08053-3118
13702738      Helzberg Card,   PO Box 60504,   City of Industry, CA 91716-0504
13733671     +M&T Bank,   PO BOX 1508,   Buffalo, New York 14240-1508
13796578     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,
               PO Box 619096,   Dallas, TX 75261-9741)
13702741      Target,   PO Box 660170,   Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: robertsl2@dnb.com Dec 01 2017 07:38:25    Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2017 07:38:08
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2017 07:38:27    U.S. Attorney Office,
               c/o Virginia Powel,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            E-mail/Text: camanagement@mtb.com Dec 01 2017 07:38:00    M&T Bank,   PO Box 767,
               Buffalo, NY  14240-0767
cr            E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:32    Synchrony Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13702735      E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:39    Amazon,   PO Box 965015,
               Orlando, FL 32896-5008
13764323     +E-mail/Text: bnc@bass-associates.com Dec 01 2017 07:37:54    Cavalry SPV I, LLC,
               c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd.,   Suite 200,   Tucson, AZ 85712-1083
13702739      E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:32    JC Penny,   PO Box 960090,
               Orlando, FL 32896-0090
13702740      E-mail/Text: camanagement@mtb.com Dec 01 2017 07:38:00    M & T Bank,   PO Box 900,
               Millsboro, DE 19966-0900
13725333     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 01 2017 07:38:19    Midland Funding LLC,
               PO Box 2011,   Warren MI 48090-2011
13708092      E-mail/PDF: rmscedi@recoverycorp.com Dec 01 2017 07:37:25
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13708169      E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:25    Synchrony Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13778311     +E-mail/Text: bncmail@w-legal.com Dec 01 2017 07:38:24    TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13702737     ##+Capital One,   PO Box 5253,   Carol Stream, IL 60197-5253
                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: Lisa              Page 2 of 2          Date Rcvd: Dec 01, 2017
                             Form ID: pdf900         Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
          DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
          THOMAS W. FLECKENSTEIN    on behalf of Debtor Michael H. Leed tom@fleckensteinpalaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

MICHAEL H. LEED

                                          : Bankruptcy No. 16-12285REF
              Debtor(s)                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 30, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M., Ciotti
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

THOMAS WILLIAM FLECKENSTEIN ESQ
1338 MALLEABLE ROAD
COLUMBIA PA 17512-

MICHAEL H. LEED
6439 EATON CIRCLE
EAST PETERSBURG,PA.17520